IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROSIE HUGHES, and　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
NANCY CRANFORD
*Individually and on behalf of themeselves and*
*other similarly situated current and former employees*

V.　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:17-CV-193-SA-RP

HUDDLE HOUSE, INC.　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

Now before the Court is the Parties' Joint Motion for Leave to File [30], their Confidential Settlement Agreement under seal. Pursuant to Federal Rule of Civil Procedure 5.2 and Local Uniform Civil Rule 79, the Court finds the Parties' joint motion well taken, and it is granted.

The Confidential Settlement Agreement shall be filed under seal with access permitted only to the Court and to the litigants' counsel.

SO ORDERED, this 11th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE